■ EUGENE GUERRA, by His Guardian ad Litem, EUGENE GUERRA, SR., Appellant, v. GERARD EBERL et al., Respondents.— Judgment affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Erie Trial Term for defendant for no cause of action in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Bastow, JJ.

■ WESTERN NEW YORK GRAVEL AND CONCRETE CORP., Appellant, v. RONALD SCHULER, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Genesee County Court for defendant on his counterclaim, in an action to recover for merchandise sold and delivered to defendant by plaintiff; defendant counterclaimed for damages to premises by reason of· negligence in delivery of merchandise.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Bastow, JJ.

■ MARGARET J. PEUGEOT, Appellant, v. CITY OF BUFFALO et al., Respondents, et al., Defendant.— Judgment as to the Sewer Authority affirmed, without costs; judgment as to the City of Buffalo reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the. ground that the verdict is against the weight of evidence. All concur. (Appeal from part of a judgment of Erie Trial Term and a jury, dismissing the complaint as to defendant Sewer Authority on motion of defendant at the close of plaintiff's case, and dismissing the complaint as to defendant city on the jury's verdict of no cause of action, in a sidewalk negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR S. NOWORYTA, Appellant.— Order reversed and matter remitted to Erie County Court for a hearing. (See People v. Richetti, 302 N. Y. 290.) All concur. (Appeal from an order of Erie County Court denying defendant's petition for a writ of error coram nobis, and his request for a hearing.) Present —McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT PAUL O'CONNOR, Appellant.— Order insofar as it denies motion for a writ of error coram nobis, affirmed; appeal from order insofar as it denies motion for resentence dismissed on the ground that it is not appealable. (See People v. Sidoti, 1 A D 2d 232.) All concur. (Appeal from an order of Erie Trial Term denying defendant's motion for a writ of error coram nobis, and for a hearing thereon.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ In the Matter of the Probate of the Will of KATHERINE WALTHER, Deceased. GEORGE WALTHER, Appellant; KAROLINA W. BARNARD, Respondent. — Motion for reargument denied. Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ. [See ante, p. 158.]

■ In the Matter of HELEN McCARTHY RIVETTE, an Attorney.— Order entered terminating suspension. Present — Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ.